UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **TAYLOR JONES** | * | **CASE NO. 6:22-CV-00565** |
| | * | |
| | * | **CHIEF JUDGE S. MAURICE** |
| **VERSUS** | * | **HICKS, JR.** |
| | * | |
| | * | **MAGISTRATE JUDGE CAROL B.** |
| **CITY OF BROUSSARD** | * | **WHITEHURST** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RESPONSE TO REMOVAL ORDER

Pursuant to the Court's Removal Order of March 2, 2022, Defendant, City of Broussard, through undersigned counsel hereby submits the following information in accordance with 28 U.S.C § 1447(b).

### LIST OF PARTIES AND PLEADINGS

Defendant, City of Broussard, respectfully submits the following list of parties and pleadings filed in this action and attaches hereto copies of the certified State Court Record as Exhibit A *in globo*.

A. **List of Parties and Counsel:**

1. Plaintiff: Taylor Jones

   Counsel: Lee C. Durio (Bar No. 37453)
   Durio Law Firm
   241 West Mills Avenue
   Breaux Bridge, LA 70517
   Telephone: (337) 909-1111
   Fax: (337) 909-1112
   Email: leedurio@duriolaw.com

  2. Defendant:  City of Broussard

|  |  |
|---|---|
| Counsel: | E. Fredrick Preis, Jr. (Bar No. 10704) |
|  | Eve B. Masinter (Bar No. 1218) |
|  | Philip J. Giorlando (Bar No. 38234) |
|  | First Bank & Trust Tower, Suite 1500 |
|  | 909 Poydras Street |
|  | New Orleans, LA 70112-4004 |
| Telephone: | (504) 619-1800 |
| Fax: | (504) 617-7928 |
| Email: | efp@bswllp.com |
|  | eve.masinter@bswllp.com |
|  | philip.giorlando@bswllp.com |

B. **List of Pleadings and Filings in State Court Record:**

1. Plaintiff's Petition for Damages (10/13/21);

2. *In Forma Pauperis Affidavit* with signed Order (10/18/21);

3. Citation to City of Broussard (10/18/21) with Sheriff's Return dated 10/20/21;

4. Civil Cover Sheet (10/22/21);

5. Defendant's Motion and Order for Extension of Time to File Responsive Pleadings (10/28/21);

6. Defendant's Peremptory Exception of No Cause of Action, Memorandum in Support, Rule to Show Cause on March 2, 2022 (12/6/21);

7. RULE NISI to Taylor Jones, Sheriff's Return to show cause on March 2, 2022 at 10:00 a.m. (12/14/21);

8. Plaintiff's Pretrial Memorandum in Opposition to Exceptions of No Cause of Action (2/22/22);

9. Plaintiff's Amended and Supplemental Petition for Damages (2/25/22);

10. Defendant's Notice of Removal filed in State Court, with attachment (Notice of Removal filed in U.S. District Court for the Western District of Louisiana) (2/25/22).

## CERTIFICATE OF COUNSEL

I, Eve B. Masinter, hereby certify that the attached certified State Court Record (Exhibit "A") constitutes the entire record with the 15th JDC for the Parish of Lafayette, as confirmed by the certification page signed by Deborah Duplechin, Deputy Clerk of Court for the Parish of Lafayette.

Respectfully submitted:

**BREAZEALE, SACHSE & WILSON, L.L.P.**

By:  /s/ Eve B. Masinter
E. Fredrick Preis, Jr. (La. Bar No. 10704)
Eve B. Masinter (La. Bar No. 1218), T.A.
Philip J. Giorlando (La. Bar No. 38234)
First Bank & Trust Tower, Suite 1500
909 Poydras Street
New Orleans, LA 70112-4004
Telephone: (504) 619-1800
Fax: (504) 617-7928
efp@bswllp.com
eve.masinter@bswllp.com
Philip.giorlando@bswllp.com
***Counsel for Defendant, City of Broussard***