UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| TAYLOR JONES | * | CASE NO.  6:22-CV-00565 |
| | * | |
| | * | CHIEF JUDGE S. MAURICE |
| VERSUS | * | HICKS, JR. |
| | * | |
| | * | MAGISTRATE JUDGE CAROL B. |
| CITY OF BROUSSARD | * | WHITEHURST |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

**CONSIDERING THE FOREGOING** Joint Stipulation of Dismissal, With Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this entire action, inclusive of all claims and demands of Plaintiff, Taylor Jones brought in the above-captioned action against City of Broussard are hereby dismissed in their entirety, with prejudice, with each party to bear its own costs.

**THUS DONE AND SIGNED**, this 16th day of May, 2022, at Shreveport, Louisiana.

_____
HON. S. MAURICE HICKS, JR.
CHIEF U.S. DISTRICT JUDGE

344551.v1